# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| WAYNE EDWARDS, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 5:04-CV-422 (CAR) |
| : | |
| JERRY LANCASTER, et al., : | |
| : | |
| Defendant. : | |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] to grant summary judgment in favor of Defendants in regards to Plaintiff's claims against them. Plaintiff filed an Objection to this Recommendation [Doc. 23], and Defendants filed a Response to Plaintiff's Objections [Doc. 24]. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED** this 19th day of July, 2005.

                                              s/ C. Ashley Royal
                                              C. ASHLEY ROYAL
                                              UNITED STATES DISTRICT JUDGE

LTH